David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
CAROL A. DUNLAP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROL A. DUNLAP,<br><br>         Plaintiff,<br><br>vs.<br><br>WESTAR FEDERAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC,<br><br>         Defendants. | CASE NO. **2:16-cv-02285-JAD-PAL**<br><br>**STATUS REPORT ON NOTICE OF SETTLEMENT** |

On or about 10/27/2016, CAROL A. DUNLAP (the "Plaintiff") and EQUIFAX INFORMATION SERVICES, LLC (the "Defendant" or "EQUIFAX")(hereinafter collectively the "Settling Parties") settled their respective disputes in this matter.

Pursuant to the Court's Order entered on November 1, 2016, the Settling Parties were to file dismissal paperwork by December 27, 2016 or provide a status report outlining what is impeding settlement and full resolution in this matter.  **ECF No. 27.**

While dismissal paperwork has not yet been filed, the Settling Parties have negotiated the final terms of a proposed settlement agreement and the settlement terms are being executed.

The specific delays in filing dismissal paperwork resulted from a natural time delay in finalizing agreeable credit reporting data to be reported on the Plaintiff's credit report.  The Settling Parties both had to consult with their clients to finalize the data which was agreeable to be published by the Defendant.  Accordingly, additional time was required to finalize settlement and fulfill the Settling Parties' settlement obligations.

The Settling Parties expect to have all outstanding settlement issues resolved within thirty (30) days.

Respectfully submitted January 4, 2017.


/s/ David H. Krieger, Esq.
David H. Krieger, Esq.
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
 (702) 880-5554
dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
**CAROL A. DUNLAP**

   **IT IS ORDERED** that the Plaintiff and Equifax Information Services, LLC shall have until February 3, 2017, to file a stipulation to dismiss, or a joint status report advising when the stipulation will be received.

_____
United States Magistrate Judge

Dated: January 4, 2017

2

CLAC 2198064.1